**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  ROBERT M. SLADEK                               Case Number: 08-70350
        1927 PARADISE BOULEVARD         SSN-xxx-xx-1231
        ROCKFORD, IL  61103

                                                Case filed on:      2/12/2008
                                                Plan Confirmed on:
                        U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $0.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | JAN SLADEK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ROBERT M. SLADEK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | FIRST HORIZON HOME LOAN CORPORATION | 14,698.31 | 13,000.00 | 0.00 | 0.00 |
|  | Total Secured | 14,698.31 | 13,000.00 | 0.00 | 0.00 |
| 003 | HARLEY-DAVIDSON CREDIT | 7,432.39 | 7,432.39 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 1,022.97 | 1,022.97 | 0.00 | 0.00 |
| 005 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 7,582.21 | 7,582.21 | 0.00 | 0.00 |
| 006 | COMED CO | 1,539.41 | 1,539.41 | 0.00 | 0.00 |
|  | Total Unsecured | 17,576.98 | 17,576.98 | 0.00 | 0.00 |
|  | Grand Total: | 32,275.29 | 30,576.98 | 0.00 | 0.00 |

Total Paid Claimant:       $0.00
Trustee Allowance:         $0.00          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00           discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

        Report Dated:

                                                  /s/ Lydia S. Meyer
                                                Lydia S. Meyer, Trustee


        This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


        Dated at Rockford, IL  on 06/25/2008           By  /s/Heather M. Fagan